JS-6

1  Nicholas J. Bontrager (SBN: 252114)
   Krohn & Moss, Ltd.
2  5055 Wilshire Blvd., Suite 300
   Los Angeles, CA 90036
3  Tel: 323-988-2400 x235
   Fax: 866-583-3695
4  nbontrager@consumerlawcenter.com
   Attorney for Plaintiff,
5  TRACY RUTHERFORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRACY RUTHERFORD,            ) | |
|                              ) | **Case No.: 2:08-cv-04532-GAF-CT** |
|          Plaintiff,          ) | |
|                              ) | |
|     v.                       ) | **ORDER FOR** |
|                              ) | **STIPULATION OF DISMISSAL** |
| IC SYSTEM, INC.              ) | |
|                              ) | |
|                              ) | |
|          Defendant.          ) | |

   This Honorable Court grants the parties' Stipulation to Dismiss with prejudice, this court retains jurisdiction until the terms of the settlement agreement are fully consummated, and the parties to bear their own fees and costs.

   **IT IS SO ORDERED.**

   Date: July 1, 2009 _____

                                                 *[signature: Gary Feess]*

                                                 Honorable
                                                 Gary A. Feess
                                                 United States District Court Judge

- 1 -

ORDER FOR STIPULATION OF DISMISSAL